IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE A CHAVARIN | ] | |
| | ] | |
| Plaintiff, | ] | |
| v. | ] | NO. |
| | ] | |
| PRO EXCAVATING INC. an Illinois Corporation | ] | |
| and DAVID McCALLION, individually | ] | |
| | ] | |
| Defendants. | ] | |

COMPLAINT

NOW COME, Plaintiff, Jose A Chavarin, by and through his attorneys, Terrence M. Jordan and Michael C. Goode, and complains of Defendants, Pro Excavating Inc. an Illinois corporation and David McCallion, individually as follows:

NATURE OF PLAINTIFF'S CLAIMS

1. This lawsuit arises under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq*. ("FLSA") and the Illinois Minimum Wage Law, 820 ILCS 105/1 *et seq* ("IMWL") for Defendants' failure to pay Plaintiff overtime wages at a rate of one and one half times his regular rate for all hours over 40 hours in an individual workweek.

JURISDICTION AND VENUE

2. This Court has jurisdiction over Plaintiff's FLSA claims pursuant to 28 U.S.C. § 216(b). This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367.

3. Venue is proper in this judicial district as the facts and events giving rise to Plaintiff's claims occurred in this judicial district.

*Chavarin v. Pro Excavating Inc*

PARTIES

4.      Plaintiff, Jose A Chavarin, resides and is domiciled in this judicial district.

5.      Plaintiff, Jose A Chavarin, is a former employee of Defendants.  Plaintiff performed non-exempt work for the Defendants.

6.      Defendant, Pro Excavating, Inc., is an excavating company doing business within this judicial district.

7.      Defendant, Pro Excavating, Inc., is an enterprise engaged in commerce or in the production of goods for commerce within the meaning of Section 3(s)(1)(A), 29 U.S.C. § 203(s)(1)(A).

8.      Defendant, Pro Excavating, Inc., at all relevant times was Plaintiff's "employer" as that term is defined by the FLSA, 29 U.S.C. § 203(d) and IMWL, 820 ILCS 105/3.

9.      Defendant, David McCallion, is the president of Pro Excavating, Inc., and is involved in the day-to-day business operations of Pro Excavating Inc.

10.     Among other things, Defendant, David McCallion, had and has the authority to hire and fire employees, the authority to direct and supervise the work of employees, the authority to sign on the corporation's checking accounts, including payroll accounts, and he had and has the authority to participate in decisions regarding employee compensation and capital expenditures.

11.     Defendant, David McCallion, was Plaintiff's "employer" as that term is defined by the FLSA, 29 U.S.C. 203(d) and IMWL, 820 ILCS 105/3.

12.     Upon information and belief, Defendant, David McCallion, resides and is domiciled in

*Chavarin v. Pro Excavating Inc*

this judicial district.

## FACTUAL ALLEGATIONS

13. Defendants operate an excavating company located at 7421 West Archer Ave, Unit 1, in Summit, Illinois.

14. Plaintiff worked as a truck driver for the defendants.

15. Plaintiff responsibilities included the driving of dump trucks and other vehicles.

16. Plaintiff consistently worked over 40 hours per week while employed by the Defendants, but was never paid overtime wages.

**COUNT I**
**Violation of Fair Labor Standards Act – Overtime Wages**

17. This count arises from Defendants' violation of the Fair Labor Standards Act, 29 U.S.C. §201, *et seq*. for Defendant's failure to pay overtime wages to Plaintiff.

18. Plaintiff worked for Defendants and was an "employee" of Defendants as defined by Section 3(e)(1) of FLSA, 29 U.S.C. § 203(e)(1).

19. Defendants were Plaintiff's "employee(s)" within the meaning of Section 3(d) of the FLSA, 29 U.S.C. § 203(d).

20. During the course of his employment by the Defendants, Plaintiff was not exempt from the overtime wage provisions of the Fair Labor Standards Act, 29 U.S.C § 207.

21. Plaintiff was directed by Defendants to work, and did work, in excess of 40 hours per week.

22. Pursuant to 29 U.S.C. § 207, for all weeks during which Plaintiff worked in excess of 40 hours, he is entitled to be compensated at a rate of one and one-half time his regular hourly rate of pay.

*Chavarin v. Pro Excavating Inc*

23.    Defendants did not compensate Plaintiff at a rate of one and one-half time his regular hourly rate of pay time he worked in excess of 40 hours in individual workweeks.

24.    Defendants' failure to pay Plaintiff overtime wages for time worked in excess of 40 hours per week was a violation of the Fair Labor Standards Act, 29 U.S.C. § 207.

25.    Department of Labor Regulation, 29 CFR Part 516, requires employers to maintain and preserve payroll or other records that reflect, for each employee, *inter alia*, the hours worked each workday and total hours worked each workweek; and in any workweek in which overtime compensation is due, the employee's regular hourly rate of pay, the total weekly straight-time wages and premium pay for overtime hours.

26.    Defendants violated 29 CFR Part 516 by failing to keep and maintain accurate and complete time and pay records.

       WHEREFORE, Plaintiff prays for a judgment against Defendants as follows:

A.     A judgment in the amount of one and one-half times the greater of the federal minimum wage rate or Plaintiff's regular rate for all time Plaintiff worked in excess of 40 hours per week;

B.     Liquidated damages in an amount equal to the amount of unpaid overtime compensation found due;

C.     Reasonable attorneys' fees and costs incurred in filing this action; and

D.     Such other and further relief as this Court deems appropriate and just.

## COUNT II
### Violation of the Illinois Minimum Wage Law – Overtime Wages

27.    This Court has supplemental jurisdiction over the matter alleged herein pursuant to 28 U.S.C. § 1367.

*Chavarin v. Pro Excavating Inc*

28. The matters set forth in this Count arise from Defendants' violation of the overtime compensation provisions of the Illinois Minimum Wage Law, 820 ILCS § 105/4a.

29. Plaintiff brings this action pursuant to 820 ILCS § 105/12(a).

30. At all relevant times herein, Defendants were Plaintiff's "employer" as defined in the Illinois Minimum Wage Law, 820 ILCS 105/3(c).

31. At all relevant times herein, Plaintiff was Defendants' "employee" within the meaning of the Illinois Minimum Wage Law.

32. During the course of his employment by Defendants, Plaintiff was not exempt from the overtime wage provisions of the Illinois Minimum Wage Law, 820 ILCS § 105/4a.

33. Pursuant to 820 ILCS § 105/4a, for all weeks during which Plaintiff worked in excess of 40 hours, Plaintiff was entitled to be compensated at one and one-half times his regular hourly rate of pay for time worked in excess of 40 hours per week.

34. Defendants failed to pay Plaintiff one and one-half times his regular hourly rate of pay for time worked in excess of 40 hours per week.

35. Defendants violated the Illinois Minimum Wage Law by failing to compensate Plaintiff at one and one-half times his regular hourly rate of pay for all time worked in excess of 40 hours per week.

36. Pursuant to 820 ILCS 105/12(a), Plaintiff is entitled to recover punitive damages in the amount of two percent (2%) per month of the amount of under payment.

WHEREFORE, Plaintiff prays for a judgment against Defendants as follows:

A. A judgment in the amount of one and one-half times the greater of the State mandated minimum wage rate or Plaintiff's regular rate for all time which Plaintiff worked in

*Chavarin v. Pro Excavating Inc*

excess of 40 hours per week;

B.     Punitive damages pursuant to the formula set forth in 820 ILCS 105/12(a);

C.     Reasonable attorneys' fees and costs incurred in this action; and

D.     Such other and different relief as this Court deems just and proper.


                                        Respectfully Submitted

                                        s/ Terrence M. Jordan

                                        Terrence M. Jordan
                                        Attorney for Plaintiff

Terrence M. Jordan ARDC #1368257
Attorney for Plaintiff
33 N. LaSalle Street #3300
Chicago, IL 60602-3395
312.346.2468          312.346.6789 [Fax]
jordanlawpc@aol.com

Michael C Goode   ARDC #3125086
Attorney for Plaintiff
221 N. LaSalle St. #1320
Chicago, IL 60601
312 541-1331
lawoffice_mcgoode@yahoo.com


*Chavarin v. Pro Excavating Inc*